ACCEPTED
06-15-00135-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/16/2015 1:13:55 PM
DEBBIE AUTREY
CLERK

No. 06-15-00135-CR

| | | |
|---|---|---|
| RASHARD RAMON MEDLOCK, | § | IN THE COURT |
| Appellant | § | OF APPEALS |
| | § | OF THE SIXTH |
| VS. | § | SUPREME JUDICIAL |
| | § | DISTRICT |
| THE STATE OF TEXAS | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/16/2015 1:13:55 PM
DEBBIE AUTREY  Clerk

## APPELLANT'S SECOND MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

NOW COMES RASHARD RAMON MEDLOCK, Appellant, by and through undersigned counsel, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure and voluntarily requests that this appeal be dismissed. In support of this motion, Appellant would show as follows:

Defense attorney asserts that the Sixth Court of Appeals has no jurisdiction to hear this case due to a Waiver of Appeal and Trial Certification that has been presented as part of the record. As a result of the presentation of these documents, defense is requesting the appeal be dismissed.

Respectfully submitted,

Phil Martinez
1105 Wooded Acres, Suite 200
Wells Fargo Bank Plaza
Waco, Texas 76710
Telephone: (254) 776-9700
Fax: (254) 741-1894

-1-

Email: martinezlaw_phil@yahoo.com

BY: _____

Phil Martinez

State Bar No. 13141858

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, a true and correct copy of the above and foregoing Amended Motion to Dismiss Appeal was this date hand-delivered to the office of Gabe Price, Assistant District Attorney, McLennan County, 219 North 6th Street, Waco, Texas 76701.

_____

Phil Martinez